No. 270. PEARSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Stephen L. Mayo* and *J. Edwin Fleming* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *Harry Baum* for respondent. ▮

No. 274. UNITED STATES *v.* 88 CASES OF BIRELEY'S ORANGE BEVERAGE, GENERAL FOODS CORP., CLAIMANT. C. A. 3d Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Henry S. Drinker* and *Lester E. Waterbury* for respondent. ▮

No. 284. FALK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Louis Caplan* and *Charles C. MacLean, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *Morton K. Rothschild* for respondent. ▮

No. 256. FRANK B. KILLIAN & Co. *v.* ALLIED LATEX CORP. ET AL.; and

No. 257. YOUNGS RUBBER CORP. *v.* ALLIED LATEX CORP. C. A. 2d Cir. Motions for leave to file briefs of J. Calvin Brown, as *amicus curiae,* denied. Certiorari denied. MR. JUSTICE BLACK is of the opinion that the petitions should be granted. *Blythe D. Watts* and *Morris Hirsch* for petitioners. *Asher Blum* and *George E. Middleton* for the Allied Latex Corporation, respondent. ▮

No. 258. STEFANIDIS ET AL. *v.* KAKAROUKAS ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. *J. L. Morewitz* for petitioners. *Leon T. Seawell* for respondents.